```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
         FILED
      JAN 26 2023
CLERK, U.S. DISTRICT COURT
By_____
         Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:21-CV-240-Z-BR |
| | § | |
| $250,000 OF THE $1,150,000 IN U.S. CURRENCY SEIZED ON JUNE 11, 2021, | § § § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to order Plaintiff to seek entry of default and move for default judgment. (ECF 14). No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**. It is further **ORDERED** that the government must seek entry of default within 14 days from the date of this Order, and subsequently move for default judgment within 14 days of an entry of default.

**IT SO ORDERED.**

January 26, 2023.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE